UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

VICTOR LOPEZ,

                        Plaintiff,

          - against -

DARDEN RESTAURANTS, INC.,

                        Defendant.

19 Civ. 9888

ORDER

LORNA G. SCHOFIELD, United States District Judge:

    WHEREAS, Defendant filed a motion to dismiss the First Amended Complaint on April 3, 2020. ECF 33. The motion was fully briefed on April 28, 2020. ECF 36;

    WHEREAS, discovery concludes in this matter on September 1, 2020. ECF 40. It is hereby

    **ORDERED** that discovery in this matter is STAYED pending the Court's adjudication of Defendant's motion to dismiss the First Amended Complaint.

Dated: June 8, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE